No. 71–685. LEHNHAUSEN, DIRECTOR, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS OF ILLINOIS *v.* LAKE SHORE AUTO PARTS CO. ET AL.; and

No. 71–691. BARRETT, COUNTY CLERK OF COOK COUNTY, ILLINOIS, ET AL. *v.* SHAPIRO ET AL. Sup. Ct. Ill. [Certiorari granted, 405 U. S. 1039.] Motion of Lake Shore Auto Parts Co. for leave to withdraw as a party respondent in No. 71–685 denied. Motion for order requiring petitioners to recognize "Maynard Respondents" as parties to the litigation denied without prejudice to seeking leave to appear as *amici curiae.*

No. 71–703. UNITED STATES *v.* FIRST NATIONAL BANCORPORATION, INC., ET AL. Appeal from D. C. Colo. [Probable jurisdiction noted, 405 U. S. 915.] Motion of New York State Banking Department for leave to file a brief as *amicus curiae* granted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 71–732. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT *v.* BUSTAMONTE. C. A. 9th Cir. [Certiorari granted, 405 U. S. 953.] Motion of respondent for additional time for oral argument denied. However, permission granted for two counsel to argue on behalf of respondent.

No. 71–900. UNION OIL COMPANY OF CALIFORNIA *v.* THE SAN JACINTO ET AL. C. A. 9th Cir. [Certiorari granted, 405 U. S. 954.] Motion to dispense with printing appendix and to proceed on original record denied.

No. 71–1476. GAFFNEY *v.* CUMMINGS ET AL. Appeal from D. C. Conn. Motion of appellant to expedite consideration denied. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST join in denying expedited consideration on the merits but would invite appellant to file an appropriate motion for stay.